**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amanda A. Stanis<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4118<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–22070–CMB | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Amanda A. Stanis
aka Amanda A. Hoffer

2/8/23

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22070-CMB |
| Amanda A. Stanis | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda A. Stanis, 33 Horse Shoe Lane, Tarentum, PA 15084-2512 |
| 15526864 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15526870 | + | Discover Bank, c/o Weltman, Weinberg & Reis, 436 Seventh Ave, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QNLCARDIELLO.COM | Feb 09 2023 04:44:00 | Natalie Lutz Cardiello, 107 Huron Drive, Carnegie, PA 15106-1826 |
| smg | | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 09 2023 04:44:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Feb 09 2023 04:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15526866 | | EDI: ATTWIREBK.COM | Feb 09 2023 04:44:00 | AT&T, PO Box 5014, Carol Stream, IL 60197-5014 |
| 15526863 | + | Email/Text: backoffice@affirm.com | Feb 08 2023 23:41:00 | Affirm Loan Services LLC, 650 California St., 12th Floor, San Francisco, CA 94108-2716 |
| 15526865 | + | EDI: GMACFS.COM | Feb 09 2023 04:44:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 15526867 | | EDI: CAPITALONE.COM | Feb 09 2023 04:44:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15526868 | + | EDI: CITICORP.COM | Feb 09 2023 04:44:00 | Citi Diamond Preferred, Box 6500, Sioux Falls, SD 57117-6500 |
| 15526869 | | Email/Text: bdsupport@creditmanagementcompany.com | Feb 08 2023 23:40:00 | Credit Management Co., PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15526871 | + | EDI: CITICORP.COM | Feb 09 2023 04:44:00 | Macy's, PO Box 8218, Mason, OH 45040-8218 |
| 15526873 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 08 2023 23:40:00 | PNC Bank, PO Box 3429, Pittsburgh, PA 15230-3429 |
| 15527675 | + | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

Case 22-22070-CMB    Doc 19    Filed 02/10/23    Entered 02/11/23 00:27:37    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 318 | Total Noticed: 20 |

| 15527675 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
|---|---|---|---|---|
| | | | Feb 08 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15526872 | | Email/PDF: ebnotices@pnmac.com | | |
| | | | Feb 08 2023 23:53:18 | PennyMac Loan Services. LLC, Attn: Correspondence Unit, PO Box 950002, Fort Worth, TX 76155-9802 |
| 15527034 | + | EDI: RMSC.COM | | |
| | | | Feb 09 2023 04:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15526874 | | EDI: RMSC.COM | | |
| | | | Feb 09 2023 04:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept., PO Box 965015, Orlando, FL 32896-5015 |
| 15526875 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Feb 08 2023 23:40:00 | UPMC, 2 Hot Metal St, Dist. Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Michael S. Lazaroff | on behalf of Debtor Amanda A. Stanis butlerdebtlaw@zoominternet.net alliedmilitary@berlin.com;lazaroffmr67241@notify.bestcase.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com  ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 4